FILED

DEC 0 6 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 13cr3034-GT |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROGELIO ARROYO-VEGA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the SENTENCING HEARING DATE in the above-captioned case for defendant Rogelio Arroyo-Vega, currently scheduled for December 9, 2012, at 9:30 a.m., be continued until January 31, 2014, at 9:30 a.m.

**SO ORDERED.**

DATED: 12/6/13

_____
**HON. GORDON THOMPSON, JR.**
United States District Judge

13cr3034-GT