FILED
JAN 3 0 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. GORDON THOMPSON, JR.)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 13cr3034-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROGELIO ARROYO-VEGA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the SENTENCING HEARING DATE in the above-captioned case for defendant Rogelio Arroyo-Vega, currently scheduled for January 31, 2014, at 9:30 a.m., be continued until March 4, 2014, at 9:30 a.m.

**SO ORDERED.**

DATED: 1-30-14

HON. GORDON THOMPSON, JR.
United States District Judge

13cr3034-GT