FILED
FEB 24 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13cr3034-GT |
| Plaintiff, | |
| v. | **ORDER** |
| ROGELIO ARROYO-VEGA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the SENTENCING HEARING DATE in the above-captioned case for defendant Rogelio Arroyo-Vega, currently scheduled for March 4, 2014, at 9:30 a.m., be continued until April 8, 2014, at 9:30 a.m.

**SO ORDERED.**

DATED: 2-24-14

_____
**HON. GORDON THOMPSON, JR.**
United States District Judge